UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

CARLOS SALOMON-MENDEZ,

Defendant.

12-cr-269-01 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On September 19, 2019 (Dkt. No. 232), the parties were instructed to advise the Court on whether they agree to resentencing in light of United States v. Davis, 139 S. Ct. 2319 (2019) by **September 26, 2019.** The Court has not received any response from the parties. The parties should advise the Court of their response by **January 24, 2020.**

The Clerk's Office is directed to serve a copy of this Order on the Criminal Division of the U.S. Attorney's Office for the Southern District of New York, at 1 St. Andrew's Plaza, New York, NY 10007, by certified mail, return receipt requested.

SO ORDERED.

Dated: New York, New York
January 15, 2020

John G. Koeltl
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-16-2020