**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA,**

    **- against -**      **12cr269 (JGK)**

**CARLOS SALOMON-MENDEZ,**      **ORDER**

        **Defendants.**

―――――――――――――――――――――――――――――


**JOHN G. KOELTL, District Judge:**

  Sentencing is adjourned to May 21, 2020 at 11:00 AM.

**SO ORDERED.**

**Dated:**  **New York, New York**
     **April 1, 2020**   _____**/s/ John G. Koeltl**_____
              **John G. Koeltl**
          **United States District Judge**