**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------

**UNITED STATES OF AMERICA**

       - against -                    12cr269-1 (JGK)

**CARLOS SALOMON-MENDEZ,**                <u>**ORDER**</u>

          **Defendant.**
--------------------------------------

**JOHN G. KOELTL, District Judge:**

    The May 21, 2020 sentencing is adjourned to June 16, 2020 at 11:00 AM. Defense submissions are due June 2, 2020. Government submissions are due June 8, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
          May 20, 2020                  <u>  /s/ John G. Koeltl  </u>
                                                      John G. Koeltl
                                       **United States District Judge**