UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

**UNITED STATES OF AMERICA**

     - against -               12cr269 (JGK)

**CARLOS SALOMON-MENDEZ,**        <u>ORDER</u>

           Defendant.
───────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The June 16, 2020 sentencing is adjourned to July 16, 2020 at 11:00 AM.

**SO ORDERED.**

**Dated:**    New York, New York
            June 2, 2020          ___ /s/ John G. Koeltl ____
                                                John G. Koeltl
                                     United States District Judge