UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

CARLOS SALOMON-MENDEZ,

               Defendant.

12-cr-269-1 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court has received the attached letter from the defendant dated April 29, 2021.

The Government should respond to the defendant's application for emergency relief by May 26, 2021. The defendant may reply by June 11, 2021.

The Clerk is directed to send a copy of this Order to the Defendant at: Carlos Salomon-Mendez # 66456-054, FCI Fairton, P.O. Box 420, Fairton, NJ 08320.

**SO ORDERED.**

Dated:    New York, New York
          May 11, 2021

                                       John G. Koeltl
                                    United States District Judge

UNITED STATES DISTRICT COURT
Southern District of New York


RECEIVED MAY 11 2021 CHAMBERS OF JOHN G. KOELTL U.S.D.J.

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plantiff,<br>v.<br>CARLOS SALOMON-MENDEZ<br>Defendant. | CASE NO. 12-CR-269-01 (JGK)<br><br>MOTION TO EXPEDITE<br>FOR EMERGENCY RELIEF |

Comes now Carlos Salomon-Mendez, defendant represented by counsel but due to these dire emergency and my on going health problems and the pandemic, I am personally filing this motion in the hopes that this honorable Court will accept and consider this motion for the foregoing reasons.

I have been incarcerated now

(1)

going on several years. I have participated in many educational programs and I have an excellent record. My issues are due to my medical problems that I suffer from I take insulin twice per day, they just started me on new high blood pressure medication due to my uncontrollable blood pressure, during my pre-trial I suffered a severe stroke and had to be hospitalized due to my severe medical conditions, FCI Fairton New Jersey is unable to provide for my medical care they don't even have a medical Dr. on staff here at this institution, they

(2)

have failed to treat my medical conditions yet alone they fail to control the Covid 19 outbreaks here at this particular facility - if I were to fall ill due to any complications of my medical conditions along with Covid 19 it would almost certainly be a death sentence even if a person is vaccinated it does not prevent you from getting the virus and many of its variants.

Your Honor, I'm still ill and I have less then 20 months to go that is

(3)

with halfway house – home-confinement. I do not want to live in fear that I may die in prison being that the fact of the matter is that I'm ill and COVID 19 still exists. I have difficulty functioning in this institutional environment this is the only reason why I'm asking this Honorable court to consider this motion for Emergency Relief to Expedite due to all of my health concerns, as my attorney, along with my medical records you can see.

I know that I will be successful once released I just need a chance

(4)

to show this court and to help my family. I have a feasable release plan And this is why I'm coming before the mercy of this honorable court and asking this court if you will find merit to all the legal briefs my lawyer filed for me and consider to Expedite this case forthwith.

Respectfully,
Carlos Salomon
Carlos Salomon-Mattez

Dated 04-29-21

Carlos Salomon-Mendez #106456-054
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

Legal Mail
04-29-21

To: United States District Court
Chambers of Judge John G. Koeltl
500 Pearl Street
New York, NY

10607-1312