```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------
UNITED STATES OF AMERICA,

      - against -

CARLOS SALOMON-MENDEZ,

             Defendant.

12-cr-269-1 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The Court has received the attached letter dated July 16, 2021. The defendant should not send correspondence to the Court without a copy to the Government.

The Clerk is directed to mail a copy of this Order to the Defendant at: Carlos Salomon-Mendez # 66456-054, FCI Fairton, P.O. Box 420, Fairton, NJ 08320.

**SO ORDERED.**

Dated:    New York, New York
           July 26, 2021

                                      John G. Koeltl
                                United States District Judge


RECEIVED
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>√<br><br>CARLOS SALOMON-MENDEZ<br>Defendant. | CASE NO. 12-CR-269-01 (JGK)<br><br><br><br>REPLY/MEMORANDUM TO COURT ORDER DATED JUNE 29, 2021 |

Comes now Carlos Salomon-Mendez, pro-se in the above captioned case and respectfully asks this honorable court to accept this motion and to consider the "urgent extraordinary and compelling reasons" as set forth in my previous motion to the court called "REPLY IN SUPPORT OF MOTION FOR COMPASSIONATE RELEASE" dated June 06, 2021 and received by the court on June 23, 2021, and to reiterate the seriousness

(1)

of my present medical conditions briefly, if this honorable court will allow me.

This honorable court has jurisdiction in that this is the court that issued my sentence. I am seeking this courts consideration for Modification pursuant to 3582(c)(1)(A). I have met the exhaustion requirements.

### INTRODUCTION

I respectfully disagree with the U.S. Attorneys assessment of my case for several reasons as I will briefly explain as the court has all of my reasons for relief in my privious Motion. The government once again and as always uses the 3553(a) factors to state that I

(2)

do not merit relief when that is farthest from the "facts". My Medical Records that this court already has in its possession from "Inspira Medical Center," and yes from this institution clearly and without a doubt states by Medical proof, Lab results, and expert Medical Doctors opinion that I am indeed physically ill. I suffer from and continue to get worse of Diabetes Mellitus - Type II, Hypertension (which is out of control), Retinopathy, Arthropathy, Osteoarthritis (knee), (Right shoulder), (MCP Joints), and 2, Plantar fascial fibromatosis (right), Enthesopathy,

(3)

right heel plantar and posterior, Enthesopathy pain in unspecified foot, cysts/Tumor of bone, other sites right wrist ganglion cyst, Pain Neck right side cyst/Tumor right side of Neck, Hypercholesterolemia, and as stated before that I now have cysts tumors starting to grow throughout my body, these Cysts/Tumors are limiting my movements of my neck and hands and also upon my last emergency to the hospital it was discovered by Medical test that shows that my "kidneys" are beginning to fail, I reported this lower side back pain and medical staff here at

(4)

FCI Fairton stated that I must be sleeping wrong and or contributed it to lower back pain. Your honor I am stating this to say that this institution uses the Regional Doctor from philadelphia northeast regional office, she come about twice a month if we are lucky in the meantime I am only seen by low level medical staff, Nurses, and a PA plus a Dentist that are making calls determinations that can and only should be given by medical experts in those fields, here it is like having a optomitrist do a brain surgery, its impossible, unethical but yet alone FCI

(5)

Fairton gets away with it by cooking the books and making misdiagnoses of inmates that are really sick such as myself - for instance if you review the medical record in reference to my growths cysts/tumors it was recommended that an biopsy be performed to determine if these growths could possibly be cancerous but it was denied stating no further evaluation needed, FCI Fairton Medical makes guesses on inmates health at the cost of maybe losing your life. My health has been played with by medical staff here and they know that I am sick. This

(6)

is Medical negligence and deleberate indifference at the highest level. What can I do Your honor, when I am told nothing is wrong with me but I have spent weeks in the hospital and when I do get sick here I'm told to file a sick call but it takes weeks to see people and at times and or are ignored, by all this I have Shown the Constitutional Challenge of the Eighth Amendment that prohibits the inflection of cruel and unusal punishments upon persons convicted of a crime. <u>Helling v. Mckinny, 509 U.S. 25, 125 LEd 2d 22, 113 S.CT 2475</u>, In the sentencing factors

(7)

I have shown by medical records from "Inspira Medical Center" (Independent of the BOP) that my overall circumstances have changed for the worse - I understand your honor that you ordered the U.S. attorney to provide a declaration from a medical person here at FCI Fairton but its like asking the fox to guard the henhouse their opinion is surely going to be biased in favor of themselves and the U.S. attorney. They, FCI Medical are not able to treat my serious medical condition other than to ignore the facts and provide bandaids for gunshot wounds.

(8)

Medical here at this particular Institution is already under fire from the OIG, BOP's internal affairs and others for failing to properly treat in all areas, not just all the Covid outbreaks in which several inmates died, and also hospitalized. Of course they are going to give a favorable biased report stating that they can handle all of my illnesses when in fact that is farthest from the truth. I believe the court need to look at all of their failures, law suits, OIG reports, etc to make a better more concise assessment.

I would ask that this honorable court take into account the totality of all of my circumstances. I meet all of the criteria of the 3582(c)(1)(A) statute, excluding my age but even my aging process has taken a leap for the worse. The totality of my conditions of confinement

(9)

have been beyond humane. I continue to get sick daily and no matter how much FCI Fairton cooks the books, there is only minimal care here. They cannot care for my serious medical needs nor are they equipped to do so. There is a pattern of medical negligence here at FCI Fairton, one just needs to delve a little further to see. Helling v. McKinny, 509 U.S. 25, 33, 113 S.CT 2475, 125 L.Ed 2d 22 (1993) States: ("We have great difficulty agreeing that prison authorities may not be deliberately indifferent to an inmates current health problems, but may ignore conditions of confinement that is severe or very likely to cause serious illness or needless suffering the next week or month or year") It has been stated to me by the outside doctors that I need to get out of prison in order to get proper much needed medical care. Trop V Dulles, 356 U.S. 86, 101 (1958) (Plurality opinion), Prohibits punishments "grossly disproportionate" to the severity of the offense. The U.S. Attorney is right in one area covid 19 is not going to kill me, but what will surely take me out with my heart condition is all of

my underlying health conditions. Yes, I am fully Vaccinated but that may not fully protect me from the new privailing Variants such as the Delta Variant which has already breached the U.S. Forbes: Even after Vaccine, Federal bureau of prisons Still have covid concerns (May 31 2021). Forbes; office of Inspector General critical of Bureau of prisons, Extensive report states (May 31).

<u>IN Conclusion</u>

This honorable court has the full authority under the <u>3582(c)(1)(A) statute</u> to modify my sentence. I know that this honorable court did not sentence me to a death sentence and at this crucial time in my life my health will not allow me to live out my full sentence and the BOP will not allow me to leave on home confinement etc. They will continue to falsify medical records to show I am well and or they can care for me when that has been disproven by all of my continued hospitalizations and Very complicated medical issues. I Meet the <u>3553 Sentencing factors</u> and also the fact that by my release to home will afford me to take care of myself - pay my own medical bills thus saving the government millions of dollars that alone and my rehabilitative records warrant my release and are in the best interest of justice.

Respectfully

Dated July 16, 2021

Carlos Salomon

Carlos Salomon-Mendez

(12)

Carlos Salomon-Mendez # 68510-054
Federal Correctional Institution
P.O. Box 420
Fairton NJ 08320

LEGAL MAIL
Dated July 16, 2021

TIME SENSITIVE

→ SDNY United States District Court Clerk For:
Honorable Judge John G. Koeltl
500 Pearl Street
New York, NY
10007-1312